UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH GUARNERI,

        Plaintiff,                            **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

v.                                               Civil Action No.:
                                                   9:15-CV-1447 (GLS/ATB)

ROBERSON, ROBERT SEREKIS,
MICHAEL BELIVEAU, and REDDY,

        Defendants,

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorney of record for the Albany County Defendants and Joseph Guarneri, in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, in its entirety, including any and all cross-claims by and between the parties, in its entirety, with prejudice, and on the merits, without costs to any party as against any other.

Joseph Guarneri
*Pro Se Plaintiff*
P.O. Box 286
274 Main Street
Richmondville, N.Y. 12149

1

_____
Kevin M. Cannizzaro, Asst. Albany County Attorney
Bar Roll No 519957
Office of the Albany County Attorney
*Attorneys for Defendants Beliveau, Reddy, Roberson, and Serekis*

SO ORDERED:

Dated: ~~June~~ 14, 2017
    July
Albany, New York

_____
Hon. Gary L. Sharpe
United States Senior District Court Judge